NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 896

IN RE LAWRENCE V. WILDER, SR.,

Petitioner.

On Petition for Writ of Mandamus to the Merit Systems Protection Board in case nos. PH844E080524-I-1 and PH1221080452-W-1.

ON MOTION

Before MAYER, SCHALL, and MOORE, <u>Circuit Judges</u>.

PER CURIAM.

## O R D E R

Lawrence V. Wilder, Sr. petitions for rehearing and rehearing en banc of the court's April 3, 2009 order denying his petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The panel declines rehearing. The petition for rehearing en banc will be circulated to the court.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Lawrence V. Wilder, Sr.
      William P. Rayel, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 19 2009

JAN HORBALY
CLERK